

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00719-CV &
04-14-00723-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF D.P.**,
a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2014-MH-3187 & 2014-MH-3096
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the probate court's judgment of commitment and order authorizing medication are AFFIRMED.

We order that no costs be assessed against appellant D.P. because she is indigent.

SIGNED June 10, 2015.

_____
Marialyn Barnard, Justice